IN THE UNITED DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

2014 JAN 27 PM 12:23
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

TERRENCE BUCHANAN

   Plaintiff,                    Notice of Appeal,

v.

OFFICER JONATHAN WEAVER          Case No. 12-cv-408-WMC.

   Defendant.

   Plaintiff Terrence Buchanan, pro se, respectfully appeals to the United States Court of Appeals For The Seventh Circuit, from the United States District Court For The Western District of Wisconsin, Honorable Judge William M. Conley. Mr. Buchanan brought civil action pursuant to 42 U.S.C. §1983 and 1981 for violations of United States constitutional rights and state law (claims) violations establishing original jurisdiction under 28 U.S.C. § 1331(a) and 1343, and supplemental jurisdiction under §1367. The court of Appeals has jurisdiction over final decisions of District court's under 28 U.S.C. §1291; this appeal is from a final decision entered December 23rd, 2013. Buchanan appeals the denial of dismissal against (claims) parties John Doe No. 1-4, and the dismissal of the 42 U.S.C. 1981, Equal Protection, selective or Enforcement, and Malicious Prosecution claims.

Dated this 23rd day of January, 2014.      *Terrence Buchanan*
                                           #461625 Terrence Buchanan
                                           Wis. Secure Program Facility
                                           P.O. Box 9900
                                           Boscobel, WI 53805
                                           Plaintiff, Pro se