IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRENCE BUCHANAN,

           Plaintiff,

v.

JONATHAN WEAVER

           Defendant.

ORDER

12-cv-408-wmc

On March 27, 2014, the court made a second attempt to hold a telephonic preliminary pretrial conference in this case. Plaintiff Terrence Buchanan again failed to call in to participate in that conference, although court staff reached out to him on March 26, 2014 and received his assurance that he would participate. Accordingly, Magistrate Judge Crocker recommended that the court issue an order to show cause as to why Buchanan's lawsuit should not be dismissed for failure to prosecute. The court agrees. Buchanan may have one week to file a letter with the court explaining why his lawsuit should not be dismissed. If he does not respond as directed, his case will be dismissed.

ORDER

IT IS ORDERED that plaintiff Terrence Buchanan has until April 7, 2014 to file a letter with this court showing cause as to why this lawsuit should not be dismissed for a failure to prosecute. If he does not respond by that date, this case will be dismissed pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

Entered this 31st day of March, 2014.

BY THE COURT:

WILLIAM M. CONLEY
District Judge