IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TERRENCE BUCHANAN,

        Plaintiff,

v.

JONATHAN WEAVER,

        Defendant.

ORDER

12-cv-408-wmc

---

In an order entered on December 23, 2013, this court granted plaintiff Terrence Buchanan leave to proceed with claims of false imprisonment and conversion under the Fourth Amendment and state law. The court directed that the complaint be served on defendant by the U.S. Marshals Service, and an answer was filed on February 4, 2014. The magistrate judge twice attempted to hold a pretrial conference in this case and on March 31, 2014, this court issued a written order noting Buchanan's failure to appear. Buchanan was instructed to respond in writing whether he intended to pursue this action by April 7, 2014. To date, Buchanan has not responded and his mail has been returned undeliverable.

Because Buchanan has failed to appear as directed for a pretrial conference or provide a current address, it appears that he has abandoned his complaint. Accordingly, under the inherent power necessarily vested in a court to manage its own affairs, the complaint will be dismissed without prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Ohio River Co. v. Carrillo*, 754 F.2d 236, 238 n.5 (7th Cir. 1984).

ORDER

IT IS ORDERED that this case is DISMISSED pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

Entered this 16th day of April, 2014.

BY THE COURT:

WILLIAM M. CONLEY
District Judge