IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRENCE BUCHANAN,

        Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                        Case No. 12-cv-408-wmc

JONATHAN WEAVER,

        Defendant.

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

| /s/ | 4/17/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |