## NOTICE OF APPEAL

Plaintiff Terrence Buchanan, pro se, Case No.12-cv-408-wmc, hereby gives notice of intent to appeal a final decision of the United States District Court, which denied Buchanan's Motion for relief from judgment under Fed.R.Civ.P.60(b). See Motion to reopen case, T. Buchanan. The motion was denied Sep. 30th, 2015, by The Honorable Judge William M. Conley. Buchanan believes he is entitled to relief based on a showing of good cause. The United States Court of Appeals for the Seventh Circuit has jurisdiction over final decisions of the District Court for the Western District of Wisconsin.

Dated this 30th day of October, 2015.

*Terrence Buchanan*
Terrence Buchanan #461625
Jackson Corr. Institution
P.O. 233
Black River Falls, WI, 54615
Plaintiff, pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC'NO
REC'D/FILED
2015 NOV -9 AM 11: 01
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | |
|---|---|
| TERRENCE BUCHANAN,<br>    Plaintiff, | Certificate of service |
| v. | |
| JONATHAN WEAVER,<br>    Defendent. | Case NO.12cv-408-wmc |

    Plaintiff Terrence Buchanan, pro se, pursuant to Fed.R.Civ.-P.5(b), hereby state that on this 30th day of October, 2015, via U.S. mail, a copy of the notice of appeal is being sent to the defendents councel at: Brantmeier Law, LLC, P.O. Box 309, Jefferson, WI 53549.
    Dated this 30th day of October, 2015.

                                                Terrence Buchanan #461625
                                              Jackson Corr. Inst.
                                              P.O. Box 233
                                              Black River Falls, WI, 54615
                                              Plaintiff, pro se

Terrence Buchanan #461625
J.C.I.
P.O. Box 233
Black River Falls, WI 54615

United States District Court
120 N. Henry St.
Madison, WI 53703

THIS HAS BEEN MAILED
FROM THE WISCONSIN
PRISON SYSTEM

X Bldg. A

OCT 3 0 2015

Staff _____

LEGAL LOAN